IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 22-cv-01705-CNS-KLM | Date: November 7, 2023 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| DEANNA BUTLER | *Danyelle McNeary Semjonovs* |
| | *Timothy Turner* |
| **Plaintiff** | |
| v. | |
| STATE OF COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT | *Alison Kyles* |
| | *Carlos Ramirez* |
| **Defendant** | |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 9:01 a.m.

Appearance of counsel.

Argument as to [52] Defendant's Motion for Summary Judgment by Mr. Ramirez and Ms. Semjonovs with questions from the Court.

The Court makes findings of fact, conclusions of law. As outlined on the record it is

**ORDERED:** **[52] Defendant's Motion for Summary Judgment is GRANTED in part and DENIED in part.**

**Plaintiff's counsel to contact the District Director of the EEOC regarding pending litigation.**

**Plaintiff is granted leave to file an amended complaint within two weeks of receiving a right to sue letter or to file a Joint Status Report.**

**ORDERED:** **Pretrial Conference set for November 29, 2023, is VACATED, will be reset after the additional scheduling conference with Magistrate Judge Starnella has been held.**

Court in Recess:  10:05 a.m.          Hearing concluded.          Total time in Court:  01:04